IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**T. J. JOHNSON**                                                                             **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO.: 1:19-cv-018-GHD-DAS**

**WAL-MART STORES EAST, LP**                                  **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, T.J. Johnson, through his attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that Defendant, Wal-Mart Stores East, LP, joins this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the 11th day of February, 2020.

_____
**SENIOR U.S. DISTRICT JUDGE**

**APPROVED AND AGREED TO BY:**

/s/ Thomas M. Louis
Thomas M. Louis (MSB No. 8484)
Dorissa S. Smith (MSB No. 104541)
Wells Marble & Hurst, PLLC
P. O. Box 131
Jackson, MS 39205-0131
*Attorneys for Defendant*

/s/ Jeffery M. Navarro
Jeffery M. Navarro (MSB No. 3755)
P.O. Box 162
Amory, MS 38821
*Attorney for Plaintiff*